1112

No. 05–7577. VITELA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–7578. WARE v. BUREAU OF LAND MANAGEMENT ET AL. C. A. 9th Cir. Certiorari denied.

No. 05–7579. THOMAS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–7580. THOMAS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–7581. WEBSTER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–7582. TORRIES v. BAZZLE, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 05–7583. WILLIAMS v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 05–7586. VALDEZ v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 05–7589. MARSHEK v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–7590. OSEQUERA-MORALES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–7592. ROLES v. BEAUCLAIR, DIRECTOR, IDAHO DEPARTMENT OF CORRECTION. C. A. 9th Cir. Certiorari denied.

No. 05–7593. STINSON v. GRACE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON. C. A. 3d Cir. Certiorari denied.

No. 05–7595. JENNINGS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–7596. SHITIAN WU v. UNITED STATES. C. A. 2d Cir. Certiorari denied.